**FILED**
MAR 18 2010

UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | | |
|---|---|---|
| IMAGINE, LLC, | * | CIV 09-3013-RAL |
| Plaintiff, | * | |
| vs. | * | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND TO STATE COURT DUE TO LACK OF SUBJECT MATTER JURISDICTION |
| NORMAN H. LESLIE, Individually, and doing business as LEXSTAR DEVELOPMENT AND CONSTRUCTION, ROBERT LESLIE, Individually, and doing business as LEXSTAR DEVELOPMENT AND CONSTRUCTION, LEXSTAR DEVELOPMENT AND CONSTRUCTION COMPANY, LLC, and PRAIRIE DESIGN STUDIO, LTD., | * | |
| Defendants. | * | |

On March 16, 2010, the Court held a motions hearing at which all parties were represented. For the reasons set forth during the motion hearing and for good cause, it is

ORDERED that Plaintiff's Motion to Remand to State Court Due to Lack of Subject Matter Jurisdiction (Doc. 34) is granted. It is further

ORDERED that the Motion to Compel Arbitration (Doc. 24) is moot as the Court lacks subject matter jurisdiction due to a lack of diversity of citizenship under 18 U.S.C. § 1332 or another independent grounds for jurisdiction.

Dated March 18, 2010.

BY THE COURT:

/s/ *Roberto A. Lange*
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE

1